14 F.3d 48
 Martin (James L.)
v.
Sparks (Gilchrist), Vinton (Brock J.), Kraus (William),
Collins (Clarkson), McKinstry (James T.), Herndon (Randolph
K.), Knox (Julie), Admissions Clerk, Nau (Ronald), Chief
Deputy Clerk, Supreme Court of Delaware, Moore (Andrew,
Hon.), Justice on DE Supreme Ct., Christie (Andrew, Hon.),
Walsh (Joseph, Hon.), Justice of DE Supreme Ct., Holland
(Randy, Hon.), DE Bd. of Bar Examiners, Santoro (Anthony),
Hemphill (Dorothy), Widener Univ. Sch. Law
 NO. 93-7386
 United States Court of Appeals,
Third Circuit.
 Nov 24, 1993
 
 Appeal From: D.Del.,
 Huyett, J.
 
 
 1
 AFFIRMED.